UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERTO DURAND,

Plaintiff

v.

K CALDWELL,

Defendant

Case No.  3:22-cv-00276-MMD-CLB

**ORDER**

**I.    DISCUSSION**

On June 21, 2022, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*.  (ECF  Nos. 1-1, 1).  Plaintiff's application to proceed *in forma pauperis* is incomplete.  Plaintiff has not submitted an inmate account statement for the previous six-month period with his application.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) without prejudice because the application is incomplete.  The Court will grant Plaintiff a **one-time extension** to file a fully complete application to proceed *in forma*

1   *pauperis* containing all three of the required documents.  Plaintiff will file a fully complete

2   application to proceed *in forma pauperis* on or before **August 27, 2022.**  Absent unusual

3   circumstances, the Court will <u>not</u> grant any further extensions of time.  If Plaintiff does not

4   file a fully complete application to proceed *in forma pauperis* with all three required

5   documents on or before **August 27, 2022**, this case will be subject to dismissal <u>without</u>

6   <u>prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to acquire all

7   three of the documents needed to file a fully complete application to proceed *in forma*

8   *pauperis* or pays the full $402 filing fee.

9        A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the

10   case with the Court, under a new case number, when Plaintiff has all three documents

11   needed to submit with the application to proceed *in forma pauperis*.  Alternatively, Plaintiff

12   may choose not to file an application to proceed *in forma pauperis* and instead pay the

13   full filing fee of $402 on or before **August 27, 2022**, to proceed with this case.

14        The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court

15   will not file the complaint unless and until Plaintiff timely files a fully complete application

16   to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

17   **II.     CONCLUSION**

18        For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed

19   *in forma pauperis* (ECF No. 1) is denied without prejudice to file a new fully complete

20   application to proceed *in forma pauperis* with all three documents.

21        IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the

22   approved form application to proceed *in forma pauperis* by an inmate, as well as the

23   document entitled information and instructions for filing an *in forma pauperis* application.

24        IT IS FURTHER ORDERED that on or before **August 27, 2022**, Plaintiff will either

25   pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52

26   administrative fee) or file with the Court:

27        (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this

28        Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two

- 2 -

1    signatures on page 3),

2    (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

3    official (i.e. page 4 of this Court's approved form), and

4    (3) a copy of the **inmate's prison or jail trust fund account statement for the**

5    **previous six-month period**.

6    IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete

7    application to proceed *in forma pauperis* with all three documents or pay the full $402

8    filing fee for a civil action on or before **August 27, 2022**, this case will be subject to

9    dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case

10   number, when Plaintiff has all three documents needed to file a complete application to

11   proceed *in forma pauperis* or pays the the full $402 filing fee.

12   IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint

13   (ECF No. 1-1) but will not file it at this time.

14   DATED: ___June 27, 2022_____

15

16   _____
     UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28